RECEIVED
AUG 21 2015
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
AUG 21 2015
DEBRA SPISAK, CLERK

No. 02-15-00223-CV; 02-15-00224-CV;
02-15-00225-CV; 02-15-00226-CV;
02-15-00227-CV; 02-15-00228-CV;
02-15-00233-CV; 02-15-00234-CV;
02-15-00235-CV' 02-15-00236-CV

| | | |
|---|---|---|
| ADAM K. GOLDEN | § | IN THE |
| Appellant | | |
| | § | SECOND COURT OF APPEALS |
| vs. | | |
| | § | AT FORT WORTH, TEXAS |
| THE STATE OF TEXAS | | |
| Appellee | § | |

## APPELLANT'S MOTION TO DISMISS APPEAL

COMES NOW, Adam K. Golden, Appellant, and files this Motion To Dismiss Appeal, and in support states the following:

In light of England vs State, 2013 Tex. App. LEXIS 6660, Third District, Austin, the issues presented have already been affirmatively decided. As such, Appellant has no issues for the Second Court of Appeals to decide.

WHEREFORE, Appellant ask the Second Court of Appeals to dismiss the appeal.

Respectfully submitted

*Adam Golden*
Adam Golden
1100 HWY 1807
Venus, Texas 76084

## Certificate of Service

I, Adam golden, hereby certify that on the date indicated below, I sent a true and Correct copy of the Appellants Motion To Dismiss Appeal to counsel for the State of Texas by placing such in the United States Mail, postage prepaid, addressed to the following:

Ms. Debra A. Windsor
Assistant District Attorney
401 W. Bleknap St.
Fort Worth, Texas 76196-0201

Dated August 17, 2015

Adam Golden
1100 HWY 1807
Venus, Texas 76084

**RECEIVED**

**AUG 2 1 2015**

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Second Court of Appeals

Tim Curry Criminal Justice Center

401 W. Belknap, Suite 9000

Fort Worth, Texas 76196-0211

Re: Motion to Dismiss Appeal

Clerk,

Please find the enclosed **Motion to Dismiss Appeal** to be filed with the court this date. I thank you in advance.

Sincerely

Adam K. Golden